Jane West Horner Benedict, Respondent, v. Antoinette Lockwood Clarke, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Motion to resettle order so as to allow the defendant to answer within twenty days on payment of costs granted. Present — Woodward, Burr, Thomas, Rich and Carr, JJ. Settle order before Mr. Justice Burr.

Bishop, McCormick & Bishop, Inc., Respondent, v. Rose Miller, Appellant.— Motion to dismiss appeal granted, with costs. Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

Paul Dickey, Appellant, v. Christopher A. Gortner, Respondent.— Motion denied, without costs. Present — Woodward, Burr, Thomas and Rich, JJ.; Carr, J., not voting.

Charles Dushkind, Appellant, v. Henry M. Goldfogle, Respondent.— Motion to dismiss appeal granted, with costs. Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

Frank L. Entwistle, as Trustee, etc., of Louis H. Kramer, Appellant, v. Louis H. Kramer and Celia Cohen, Respondents.—Motion granted, with ten dollars costs. Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

In the Matter of the Petition of Maynard N. Clement, as State Commissioner of Excise, for an Order Revoking and Canceling Liquor Tax Certificate No. 9672, Issued to Albert Siems.— Motion for stay denied. Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

In the Matter of the Application of William George Foster to Cancel and Set Aside a Subpœna Duces Tecum, Issued by Raymond B. Fosdick, etc.— Motion denied, without costs. Present — Woodward, Burr, Thomas, Rich and Carr, JJ.